IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES W. BIRKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-08-2702 |
| KEITH F. PARK, COUGHLIN STOIA | § | |
| GELLER RUDMAN & ROBBINS, LLP, | § | |
| and REGENTS OF THE UNIVERSITY | § | |
| OF CALIFORNIA, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum Opinion and Order granting the defendants' motion for judgment on the pleadings, this action is **DISMISSED with prejudice**.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 12th day of February, 2009.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE