# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 27, 2009

Charles R. Fulbruge III
Clerk

No. 09-20106
Summary Calendar

D.C. Docket No. 4:08-CV-2702

United States District Court
Southern District of Texas
FILED

OCT 1 5 2009

Clerk of Court

CHARLES W BIRKS,

    Plaintiff - Appellant

versus

KEITH F. PARK, Esquire; COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP; REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before JOLLY, WIENER, and ELROD, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: Oct 8, 2009

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy 10/8/09

New Orleans, Louisiana